**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**
**AT NASHVILLE**

FILED

July 30, 1998

Cecil W. Crowson
Appellate Court Clerk

| | |
|---|---|
| **JULIUS GOODMAN,** | ) |
| Appellant, | ) C.C.A. NO. 01C01-9712-CR-00562 |
| | ) |
| | ) **DAVIDSON COUNTY** |
| VS. | ) (No. 2509 Below) |
| | ) |
| **STATE OF TENNESSEE,** | ) The Hon. Seth Norman |
| | ) |
| Appellee. | ) **(Habeas Corpus)** |
| | ) **DISMISSED** |

## O R D E R

This matter is before the Court upon the state's motion to affirm the judgment pursuant to Rule 20, Tennessee Court of Criminal Appeals Rules. After reviewing the record, the state's motion, and the appellant's brief, we find that the above-styled appeal should be dismissed.

The appellant filed a pro se petition for writ of habeas corpus on October 1, 1996. Subsequently, counsel was appointed, and an amended petition was filed on January 15, 1997. A hearing was held on November 10, 1997, and through counsel, the appellant withdrew his petition. Thereafter, the appellant filed a pro se notice of appeal.

In his brief, the appellant indicates that his attorney misrepresented to the trial court that he wished to withdraw the petition. Regardless, it appears that the appellant subsequently filed a petition in the criminal court of Johnson County, Tennessee, and is seeking to appeal as of right from the adverse decision in Johnson County.

Pursuant to T.R.A.P. 4(a), the notice of appeal shall be filed with and received by the clerk of the trial court within 30 days after the date of entry of the judgment from which is being appealed. The notice of appeal cannot be filed with the trial court clerk of one county in order to appeal from the judgment of a court from another county. In the present case, the petition for habeas corpus relief was withdrawn in Davidson County before the trial court acted upon it. Moreover, from the appellant's brief, it is clear that he is attempting to appeal from proceedings in Johnson County, and those proceedings are not properly before us to review.

IT IS, THEREFORE, ORDERED that the above-styled appeal is dismissed. It appearing that the appellant is indigent, costs are taxed to the state.

_____
DAVID H. WELLES, JUDGE

CONCUR:

_____
JERRY L. SMITH, JUDGE

_____
THOMAS T. WOODALL, JUDGE